LAURIE A. TRAKTMAN (SBN 165588)
GILBERT & SACKMAN, A LAW CORPORATION
3699 WILSHIRE BOULEVARD, SUITE. 1200
LOS ANGELES, CA 90010-2732
Tel: (323) 938-3000 Fax: (323) 937-9139
Email: lat@gslaw.org

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br>v.<br>CUSTOM LIFT SOLUTIONS, INC., AND JAMES HAYGOOD<br><br>DEFENDANT(S). | CASE NUMBER<br><br>3:23-mc-80320-SK<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles

☐ State of _____, County of _____

I, Laurie A. Trakman, Esq. hereby state under penalty of perjury that,

1. Judgment for $ 96,016.58 was entered on 12/06/2023 on the docket of the above-entitled action in the U. S. District Court, Northern District of California in favor of Trustees of the National Elevator Industry Pension, et al. as Judgment Creditor, and against Custom Lift Solutions, Inc. as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 2:23-cv-00499-KNS in the United States District Court for the Eastern District of Pennsylvania and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Eastern District of Pennsylvnia are the following sums:
   $ 799.20 accrued interest, computed at 5.33 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 31 date of January, 2024.

*(Signature)*

*****Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

LAURIE A. TRAKTMAN (SBN 165588)
GILBERT & SACKMAN, A LAW CORPORATION
3699 WILSHIRE BOULEVARD, SUITE. 1200
LOS ANGELES, CA 90010-2732
Tel: (323) 938-3000
Fax: (323) 937-9139
Email: lat@gslaw.org

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR PENSION FUND, ET AL.<br><br>Plaintiff(s)<br><br>v.<br><br>CUSTOM LIFT SOLUTIONS, INC., AND JAMES HAYGOOD<br><br>Defendant(s) | CASE NUMBER:<br>CV- 3:23-mc-80320-SK<br><br><br>**WRIT OF EXECUTION** |

TO:   THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  Decemeber 6, 2023   a judgment was entered in the above-entitled action in favor of:

TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT FUND, TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY EDUCATIONAL FUND, AND TRUSTEES OF THE NATIONAL ELEVATOR HEALTH BENEFIT FUND

as Judgment Creditor and against:

CUSTOM LIFT SOLUTIONS, INC

as Judgment Debtor, for:

$    86,002.44   Principal,
$     2,448.00   Attorney Fees,
$     6,216.13   Interest **, and
$     1,350.00   Costs, making a total amount of
$    96,016.57   **JUDGMENT AS ENTERED**

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** <u>Northern</u> **District of** <u>California</u>, to wit:

$ <u>     799.20</u>  accrued interest, and
$ <u>       0.00</u>  accrued costs, making a total of
$ <u>     799.20</u>  **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ <u>0.00</u> which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ <u>  96,016.57</u>  **ACTUALLY DUE** on the date of the issuance of this writ of which
$ <u>  96,815.77</u>  Is due on the judgment as entered and bears interest at <u>5.33</u> percent per annum, in the amount of $ <u>14.02</u> per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

*Mark B. Busby*

Dated: <u>2/6/2024</u>   By: <u>/s/ signature</u>

Deputy Clerk

---

**WRIT OF EXECUTION**

CV-23 (6/01)  PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Custom Lift Solutions, Inc.         James Haygood
309 South Fernan Lake Way           309 South Fernan Lake Way
Star, ID 83669-5771                 Star, ID 83669-5771
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                           PAGE 3 OF 3